# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 0?mj1065 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| 1) Jose Luis Vargas ) | RELEASING MATERIAL WITNESS |
| 2) Jose Andres Zamora-Avila ) | |
| 3) David Earl Mitchell ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Hilario Villa-Salinas

DATED: 4/17/08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk