**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Jose Luis Vargas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08cr1317-JLS |
| ) | |
| Plaintiff, ) | DATE: JULY 25, 2008 |
| ) | TIME: 9:00 A.M. |
| v. ) | |
| ) | **JOINT MOTION TO CHANGE THE DATE OF** |
| **JOSE LUIS VARGAS**, ) | **THE SENTENCING HEARING** |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing in this case be changed from July 25, 2008, at 9:00 a.m., to August 8, 2008, at 9:00 a.m., or such other time as convenient for the Court. Time should be excluded from July 25, 2008, to August 8, 2008, due to the acceptance of the plea.

So stipulated:

Dated: July 10, 2008
*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jose Luis Vargas
Candis_Mitchell@fd.org

Dated: July 10, 2008
*s/ Christopher Tenorio*
**CHRISTOPHER TENORIO**
Assistant United States Attorney