UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08cr1317-JLS |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **JOSE LUIS VARGAS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

        Christopher Tenorio
        Assistant United States Attorney
        880 Front Street
        San Diego, CA 92101

and mailed to:

        Jose Luis Vargas
        Reg. No. 08091-298
        MCC
        808 Union Street
        San Diego, CA 92101

Dated: July 10, 2008

        *s/ Candis Mitchell*
        **CANDIS MITCHELL**
        Federal Defenders of San Diego, Inc.
        225 Broadway, Suite 900
        San Diego, CA 92101-5030
        (619) 234-8467 (tel); (619) 687-2666 (fax)
        E-mail:Candis_Mitchell@fd.org