UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>**JOSE LUIS VARGAS**,<br><br>    Defendant. | Case No.: 08cr1317-JLS<br><br>ORDER |

**IT IS HEREBY ORDERED** that the sentencing hearing in this case be continued from July 25, 2008, at 9:00 a.m., to August 8, 2008, at 9:00 a.m.  Time should be excluded from July 25, 2008, to August 8, 2008, due to the acceptance of the plea.

DATED: July 11, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge